**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**Wheeling**

**WENDELL A. MARCUM, JR.,**

Plaintiff,

v.

**CIVIL CASE NO.: 5:23-CV-255**
Judge Bailey

**NILE CLINE,** individually
**SHANE LOGSTON**, individually,
**BROOKE COUNTY COMMISSION,**
a public subdivision of the State of
West Virginia,

Defendants.

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendants, Nile Cline, Shane Logston and Brooke County Commission, by and through undersigned counsel Thomas E. Buck, Esq., Benjamin P. Visnic, Esq., and the law firm of Bailey & Wyant, PLLC, and moves this Court for summary judgment in its favor for the following reasons:

1. Plaintiff's excessive force claims at Count I fail to establish a question that may be submitted to a jury.

2. Plaintiff's Unreasonable Seizure claims at Counts II-IV are without merit.

3. Plaintiff's *Monell* claim at Count V does not meet the basic standard for the claim.

4. Plaintiff's First Amendment claim is without merit.

5. Defendants Cline and Logston are protected by qualified immunity.

6. Defendant hereby incorporates its Memorandum in Support of this Motion, filed contemporaneously, as if fully restated herein.

WHEREFORE, Defendants respectfully moves this Court to GRANT summary judgment in its favor on all claims, to dismiss Plaintiff's claims against it with prejudice and for any and all other relief that the Court deems appropriate.

NILE CLINE, SHANE LOGSTON, and BROOKE COUNTY COMMISSION
By Counsel

Thomas E. Buck, Esq.
W. Va. Bar ID #6167
Benjamin P. Visnic, Esq.
W. Va. Bar ID #12289
BAILEY & WYANT, P.L.L.C.
1219 Chapline Street
Wheeling, WV 26003
Telephone: (304) 233-3100
Fax: (304) 233-0201

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF WEST VIRGINIA**

**Wheeling**

**WENDELL A. MARCUM, JR.,**

Plaintiff,

v.

**CIVIL CASE NO.: 5:23-CV-255**
Judge Bailey

**NILE CLINE,** individually
**SHANE LOGSTSON**, individually,
**BROOKE COUNTY COMMISSION,**
a public subdivision of the State of
West Virginia,

Defendants.

## CERTIFICATE OF SERVICE

Service of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was served upon all counsel parties by CM/ECF service on this 15th day of October 2024.

John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEY AT LAW
611 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

F. Alex Risovich (WV Bar No. 10866)
Risovich Law Offices
3023 Pennsylvania Avenue
Weirton, WV 26062
(304) 723-2588
Alex.Risovich@risovichlaw.com

Thomas E. Buck, Esq.
W. Va. Bar ID #6167
Benjamin P. Visnic, Esq.
W. Va. Bar ID #12289