**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF WEST VIRGINIA**

**Wheeling**

**WENDELL A. MARCUM, JR.**,

Plaintiff,

v.

**CIVIL CASE NO.: 5:23-CV-255**
Judge Bailey

**NILE CLINE,** individually
**SHANE LOGSTON**, individually,
**BROOKE COUNTY COMMISSION,**
a public subdivision of the State of
West Virginia,

Defendants.

**DEFENDANTS' PROPOSED *VOIR DIRE***

Now comes Defendants, by undersigned counsel, Thomas E. Buck, Esq., Benjamin P. Visnic, Esq., and the law firm of Bailey & Wyant, P.L.L.C., and respectfully submit the following V*oir Dire* questions:

1. Are you related by blood or marriage to the following potential witnesses that may be called by the parties?

   a. Wendell A Marcum, Jr.

   b. Elaine Marcum

   c. James Short

   d. Steven Pulice

   e. Nile Cline

   f. Shane Logston

   g. Debbie Palmer

   h. April Scheels

i. Do you know any of these individuals?

ii. If yes, how do you know the individuals?

iii. How long have you known the individuals?

iv. Do any of your immediate family members, to your knowledge, know any of these individuals?

v. Would your knowledge of this individual cause you to be unable to fairly deliberate in this case?

2. Do you have an interest in the outcome of this case?

3. If you are selected as a juror in this case, can you and will you render a fair and impartial and true verdict, based upon the law of the case, as stated by the Court, and the factual evidence of the case as adduced from the witnesses and exhibits?

4. Do you, anyone in your immediate family, or any of your close friends have any training or employment in any medical/health care field? If so, please state:

a. Who has the training or employment?

b. In what capacity?

c. Would this training or employment cause you to be unable to fairly deliberate in this case?

5. Do you, anyone in your immediate family, or any of your close friends have any training or employment in the law or legal field? If so, please state:

a. Who has the training or employment?

b. In what capacity?

c. Would this training or employment cause you to be unable to fairly deliberate in this case?

6. Do you, anyone in your immediate family, or any of your close friends have any training or employment in law enforcement? If so, please state:
   a. Who has the training or employment?
   b. In what capacity?
   c. Would this training or employment cause you to be unable to fairly deliberate in this case?
7. Do you, anyone in your immediate family, or any of your close friends have any training or employment in the use of force by law enforcement? If so, please state:
   a. Who has the training or employment?
   b. In what capacity?
   c. Would this training or employment cause you to be unable to fairly deliberate in this case?
8. Have you or anyone in your immediate family ever made a claim for a personal injury, whether or not it actually became or developed into a lawsuit? If so, please state:
   a. Who made the claim?
   b. When was the claim made?
   c. What was the basis for the claim?
   d. How was the claim resolved?
9. Have you or anyone in your immediate family ever made a claim for a constitutional violation, whether or not it actually became or developed into a lawsuit? If so, please state:
   a. Who made the claim?
   b. When was the claim made?
   c. What was the basis for the claim?

d. How was the claim resolved?

10. Are you acquainted with or related by blood or marriage to any other persons who are here today for jury duty? If so, please state:

 a. The name of the acquaintance or relative.

 b. Do you tend to be influenced or persuaded by that acquaintance or relative in the course of your deliberations if both of you were selected to be jurors through the conclusion of this trial?

11. The attorneys for the Plaintiff are John H. Bryan and F. Alex Risovich.

 a. Are you or is any member of your immediate family, to your knowledge, acquainted with Plaintiff's counsel or other attorneys in these firms or their families?

 b. Are you, or any family member, a present or former client of either attorney for the Plaintiff? Will this relationship cause you to be unable to be unbiased and fair in deliberations?

12. Do you know or have you heard anything about this case?

 a. What have you heard?

 b. From whom?

13. The parties in this case are Wendall A. Marcum, Nile Cline, Shane Logston, and Brooke County Commission.

 a. Do you, or your close relatives or friends know, socialize with or work with any of these parties? If so, please state:

  i. Who is it that you or your close relative or friend knows?

  ii. Is it you, your relative or a close family friend that knows this person?

iii. Would that relationship cause you to be unable to deliberate in an unbiased manner?

b. Are you, or your close relatives or friends employed by, or work for or with any of the parties? If so, please state:

i. Who is that you, or close relative or friend is employed by or works with?

ii. Is it you, your close relative or friend that is so employed?

iii. Would that relationship cause you to be unable to deliberate in an unbiased manner?

14. Do you have any relationship with the Brooke County Commission as a whole?

15. Do you have a relationship with any members of the Brooke County Commission?

16. Do you have any complaints regarding the Brooke County Commission?

a. What is your complaint?

b. Have you reported this complaint?

c. To whom did you report your complaint?

d. Was your complaint resolved?

17. Do you have any relationship with the Brooke County Sheriff's Office as a whole?

18. Do you have a relationship with any members of the Brooke County Sheriff's Office?

19. Do you have any complaints regarding the Brooke County Sheriff's Office?

a. What is your complaint?

b. Have you reported this complaint?

c. To whom did you report your complaint?

d. Was your complaint resolved?

20. Is there any reason at all, however personal or private, that makes you feel that you would not like to serve as a juror on this case, or that it would make you uncomfortable to serve as a juror on this case?

21. Have you ever been injured as a result of a physical altercation? If so, please state:

    a. Where did the physical altercation?

    b. What was the nature and extent of your injury?

    c. Have you fully recovered from your injury?

    d. Did you file a lawsuit or make a claim as a result of the accident?

    e. What was the result of the lawsuit or claim?

22. Have you or any member of your family ever been a plaintiff in a lawsuit?

    a. What type of lawsuit?

    b. Where was it filed?

    c. Were you/family member a plaintiff or defendant?

    d. What was the result of the lawsuit?

23. Have you or a member of your family or close friend ever been arrested?

    a. What was the charge?

    b. What law enforcement agency made the arrest?

    c. What was the result of the arrest?

    d. Were you convicted of a crime? If so, what was the conviction?

24. Have you or a member of your family or close friend ever been stunned or drive stunned by a taser?

    a. When did this occur?

    b. What were the circumstances?

c. What was the result ?

25. Do you have any negative feelings regarding municipalities or county commissions?

26. Do you have any negative feelings about police officers or law enforcement?

27. Have you, or any member of your family or close friend been involved in any kind of dispute with a municipality, county commission, law enforcement and/or any of their employees? If so, please state:

a. What type of dispute?

b. What was the resolution of the dispute?

c. Would this experience make its unable for you to deliberate in a fair and unbiased manner?

28. If you are chosen as a juror, will you follow the law in reaching a verdict in this case?

29. Do you have any reservation in returning a verdict for the Defendants, if the Plaintiff fails to prove his case by a preponderance of the evidence?

30. Do you accept the proposition that the law does not allow the jury to make a judgment about a case based upon sympathy, guess, conjecture, random judgment, speculation or supposition?

31. Do you have any reason to believe that you cannot render a fair and impartial verdict based upon the facts and evidence?

32. Do you swear to follow the law as instructed by the court even if you disagree with it?

33. Have you ever served as a juror in a civil or criminal case? If so, what type of case? When did you serve as a juror? What court did you serve as a juror? What was the result of the case?

34. Would you suffer any great personal inconvenience if you were chosen as a juror and were caused to sit as a juror in this case for approximately two to three days?

35. Have you heard anybody discussing this case?

36. Have you discussed the case with anyone who claimed to know something about the facts of this case?

37. Would you change your mind about this case merely because a majority of other jurors happen to disagree with you?

38. Do you understand that your decisions as to what the facts are must be based solely on the evidence presented in Court and not on the basis of information you may have received from any other source?

39. Do you know of any reason why you could not be a juror in this case and return a verdict based on the evidence? If so, please explain.

NILE CLINE, SHANE LOGSTON,
and BROOKE COUNTY
COMMISSION
By Counsel

/s/ Thomas E. Buck
Thomas E. Buck, Esq.
W. Va. Bar Id: 6167
Benjamin P. Visnic, Esq.
W. Va. Bar Id: 12289
Bailey & Wyant, P.L.L.C.
1219 Chapline Street
Wheeling, WV 26003
Phone: (304) 233-3100
Fax: (304) 233-0201
tbuck@baileywyant.com
bvisnic@baileywyant.com

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF WEST VIRGINIA**

**Wheeling**

**WENDELL A. MARCUM, JR.,**

Plaintiff,

v.

**CIVIL CASE NO.: 5:23-CV-255**
Judge Bailey

**NILE CLINE,** individually
**SHANE LOGSTON**, individually,
**BROOKE COUNTY COMMISSION,**
a public subdivision of the State of
West Virginia,

Defendants.

## CERTIFICATE OF SERVICE

Service of the foregoing **DEFENDANTS' PROPOSED *VOIR DIRE*** was had upon the following by electronic filing in the CM/ECF system, this 5th day of December 2024.

John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEY AT LAW
611 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

F. Alex Risovich (WV Bar No. 10866)
Risovich Law Offices
3023 Pennsylvania Avenue
Weirton, WV 26062
(304) 723-2588
Alex.Risovich@risovichlaw.com

/s/ Thomas E. Buck
Thomas E. Buck, Esq.
W. Va. Bar Id: 6167
Benjamin P. Visnic, Esq.
W. Va. Bar Id: 12289