**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT WHEELING**

WENDELL A. MARCUM, JR.,

Plaintiff,

vs. Civil Action No.5:23-CV–255
Judge Bailey

NILE CLINE, individually,
SHANE LOGSTON, individually,
BROOKE COUNTY COMMISSION, a political subdivision of the State of West Virginia,

Defendants.

## PLAINTIFF'S SUGGESTED VOIR DIRE QUESTIONS

Now comes the Plaintiff, Wendell Marcum, Jr., by and through counsel, John H. Bryan, pursuant to the Court's scheduling order, and submits the following questions for the Court's considerations as suggested voir dire questions:

1. Do any of you know or are related to Thomas E. Buck or Benjamin P. Visnic?

2. Do any of you know or are related to any of the lawyers or employees of the law firm Bailey & Wyant, PLLC?

3. Have any of you been a client of the law firm of Bailey & Wyant, PLLC?

4. Do any of you know or are related to Defendants Nile Cline or Shane Logston?

5. Do any of you know or are related to any deputies or employees of the Brooke County Sheriff's Department?

6. Have any of you ever served as a law enforcement officer at any federal, state, county or local level?

7. Are any of you related to any person who is currently, or at any time in the past did, serve as a law enforcement officer at any federal, state, or local level?

8. Have any of you, or a family member or close friend ever been party to a lawsuit?

9. Have any of your close family members, or any of your close friends ever worked for a lawyer, or in a law office, or have experience in the legal field or court system?

10. This is a case that involves a police officer using physical force against the Plaintiff, Wendell Marcum, Jr. The Plaintiff alleges that the defendant police officers used excessive force against him. The defendant police officers deny using excessive force. Would anyone here have any personal concerns, ideas or issues with rendering a verdict against the police officers who are defendants in this case

13. Do any of you know the following witnesses who may be called to testify in this case?

a. Wendell Marcum, Jr.
b. Nile Cline
c. Shane Logston

14. Do any of you have personal or religious beliefs or strong feelings against civil lawsuits?

15. Are you or a member of your immediate family, a member of a Chamber of Commerce group, or member of a tort reform group, such as CALA?

16. Would any of you hesitate for any reason to award the money damages that we prove Wendell Marcum, Jr.is entitled to? If so, why?

17. Do any of you have any background in medicine or nursing?

18. Do you or any family member work in the insurance industry, as an insurance claims adjustor?

19. Do any of you believe it is wrong or improper for a person to bring a lawsuit?

20. Have any of you heard of the term frivolous lawsuits?

21. What does the term frivolous lawsuit mean to you?

22. Do any of you feel that there are too many frivolous lawsuits?

23. Do any of you feel that all lawsuits are frivolous?

24. Do any of you have any personal, religious, political, or other opinions regarding lawsuits or what they may have seen and heard regarding tort reform which would affect their opinion in this case?

25. This is a civil trial. It is not a criminal trial. The standard of proof in a civil case such as this one is not as strict as in a criminal case. We only need to prove our case by a preponderance of the evidence, or more likely than not. Does everyone understand the difference?

26. Does anyone here feel that this is an unfair standard?

27. Does any jury member here have any ideas or opinions that would interfere with your ability to apply this lower standard of proof that is required in a civil trial?

28. The Plaintiff is seeking monetary damages for his physical injuries, as well as for pain and suffering, emotional distress and humiliation he suffered as a result of the excessive force which he alleges occurred. If he satisfies his burden of proof in this case, would any of you refuse to award these types of damages to him?

WENDELL MARCUM, JR.
By Counsel

/s John H. Bryan
John H. Bryan (WV Bar No. 10259)
JOHN H. BRYAN, ATTORNEYS AT LAW
611 Main Street
P.O. Box 366
Union, WV 24983
(304) 772-4999
Fax: (304) 772-4998
jhb@johnbryanlaw.com

for the Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING**

WENDELL A. MARCUM, JR.,

Plaintiff,

vs. Civil Action No.5:23-CV–255
Judge Bailey

NILE CLINE, individually,
SHANE LOGSTON, individually,
BROOKE COUNTY COMMISSION, a
political subdivision of the State of West
Virginia,

Defendants.

**CERTIFICATE OF SERVICE**

I, John H. Bryan, do hereby certify that a true and correct copy of the foregoing PLAINTIFF'S SUGGESTED VOIR DIRE QUESTIONS has been served upon counsel of record by electronic filing to the parties listed below, on this the 5th day of December, 2024.

Thomas E. Buck, Esq.
W.Va Bar No. 6167
Benjamin P. Visnic, Esq.
W.Va. Bar No. 12285
Bailey & Wyant, PLLC
1219 Chapline St.
Wheeling, WV 26003
Tel. (304)-233-3100
Fax. (304)-233-0201
tbuck@baileywyant.com

/s/ John H. Bryan
John H. Bryan (WV Bar No. 10259)